IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED ABDULKADIR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUG PETERSON, and PETE RICKETTS,<br><br>　　　　　　Defendants. | 8:19CV131<br><br>MEMORANDUM AND ORDER |

Plaintiff has filed a Motion for Refund ([filing no. 9](filing no. 9)) requesting that his institution refund money taken from his institutional account to pay for the filing fee in this case and stop deducting additional money from his account because the filing fee has been paid in full. I shall deny Plaintiff's Motion as moot because the Clerk of Court has made an entry on the court's docket sheet for this case stating, "The plaintiff's institution, TECUMSEH STATE PRISON, is notified that an overpayment has been received in this case. A refund check in the amount of $171.75 will be forthcoming. The institution is directed to cease collection of payments in this case." (Docket Sheet Entry, Case No. 8:19CV131 (D. Neb. Aug. 20, 2019).) Accordingly,

IT IS THEREFORE ORDERED that:

1.　Plaintiff's Motion for Refund ([filing no. 9](filing no. 9)) is denied as moot.

2.　The clerk of the court is directed to send a copy of this Memorandum and Order to: (a) Plaintiff; (b) the appropriate financial official at Plaintiff's institution; and (c) the Financial Administrator of this court.

3. Plaintiff is advised that the next step in his case is for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this review in its normal course of business.

Dated this 30th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge